JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MARTHA COSPER,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>        Defendant. | No. SACV 07-1074 AG (ANx)<br><br>**JUDGMENT**<br><br>**[Fed. R. Civ. Proc. 68]** |

IT IS HEREBY ADJUDGED that pursuant to Rule 68 of the Federal Rules of Civil Procedure, following Defendant's Offer of Judgment and Plaintiff's Notice of Acceptance, judgment is hereby entered against defendant John E. Potter in the amount of one hundred thousand dollars ($100,000.00) for all of Plaintiff's claims for relief in this action, including all costs and attorney fees.

DATED: June 2, 2009

_____
UNITED STATES DISTRICT JUDGE
ANDREW J. GUILFORD

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
RUSSELL W. CHITTENDEN
Assistant United States Attorney

 /s/ *Jason K. Axe*
_____
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant

Proposed Judgment.wpd